## THE TUG KEVIN MORAN, Inc.

## THE MARGOT MORAN.

District Court, S. D. New York.
March 20, 1946.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark, and Charles E. Wythe, both of New York City, of counsel), for petitioner.

Kirlin, Campbell, Hickox & Keating, of New York City, and Rawle & Henderson, of Philadelphia, Pa., for Curtis Bay Towing Co., of Pennsylvania, owner of Tug Hercules, claimant, in support of motion.

Hill, Rivkins & Middleton, of New York City, for Ritner K. Walling, trading as Oliver Transportation Co., claimant.

Bigham, Englar, Jones & Houston, of New York City, for claimant D. T. Sheridan.

Macklin, Brown, Lenahan & Speer, of New York City, for claimant James Hughes, Inc.

CONGER, District Judge.

Motion denied.

I am not unmindful of The Aquitania, 2 Cir., 20 F.2d 457, 459. In that case the petition for limitation of liability was filed four years after the accident. The court there said: "Upon the facts here disclosed—that the amount of the claims is small compared with the value of the ship *and that all possible claims have been received* [the italicizing is mine]—the appellant is not enti-

tled to limit its liability as petitioned for * * *."

In this case I can't say with reasonable certainty that all possible claims have been received. There still is a possibility that claims for personal injury may be made as well as claims for cargo damage.

Settle order on notice.